IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. STAVE,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>          Defendant. | Case No.: 12-cv-4787 JSC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Joseph Stave brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision by Defendant Michael J. Astrue, the Commissioner of the Social Security Administration, denying his disability benefits. Defendant filed an answer to the Complaint on January 22, 2013. In accordance with Local Rule 16-5, Plaintiff was to file a motion for summary judgment within 28 days of receipt of Defendant's answer. To date, Plaintiff has not filed a motion for summary judgment.

Plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file his motion for summary judgment on or before April 4, 2013. Plaintiff is warned that failure to do so without further extension from the Court may result in the dismissal of this action.

1    **IT IS SO ORDERED.**

3    Dated: March 21, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE